Case 4:99-cv-04449   Document 48   Filed on 09/04/01 in TXSD   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
SEP 5 - 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| TONI PALMER, MICHAEL M. & STACY A. CECIL, Individually, § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-99-4449 |
| GENEVA LEASING, INC., FRANK CUCCO, Jr., and BILLY PARRISH, § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Order signed this day and the Order entered on January 29, 2001, it is

ORDERED and ADJUDGED that Plaintiffs Toni Palmer's, Michael M. Cecil's, and Stacy A. Cecil's claims against Defendants Geneva Leasing, Inc., Frank Cucco, Jr., and Billy Parrish are DISMISSED without prejudice. It is further

ORDERED and ADJUDGED that Defendants' counterclaim against Plaintiffs Toni Palmer, Michael M. Cecil, and Stacy A. Cecil is DISMISSED without prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 4th day of September, 2001.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

#48